# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LYLE YELLETS,<br><br>   Plaintiff,<br><br> v.<br><br>GEORGE GU, CRAIG KNIGHT, ERIK ANDERSON, ELAINE WONG, DENNIS EDWARDS, MARK GORDON, IVY BROWN, KI DEOK PARK, PETER HASKOPOULOS, VIKTOR MENG, JENNIFER AAKER, JANE KEARNS, PIERRE LAPEYRE, JR., DAVID LEUSCHEN, JIM MCDERMOTT, JEFFERY TEPPER, ROBERT TICHIO, and MICHAEL WARREN,<br><br>   Defendants,<br><br>   and<br><br>HYZON MOTORS INC. f/k/a DECARBONIZATION PLUS ACQUISITION CORPORATION,<br><br>   Nominal Defendant. | Civil Action No.: 1:22-cv-00156-LPS |

**STIPULATION AND [PROPOSED] ORDER STAYING CASE**

Plaintiff Lyle Yellets ("Yellets" or "Plaintiff"), who brings claims derivatively on behalf of Nominal Defendant Hyzon Motors, Inc. ("Hyzon") f/k/a Decarbonization Plus Acquisition Corporation ("DCRB"), by and through his counsel, and Defendants (defined below), by and through their counsel, hereby stipulate to the following:

WHEREAS, on February 2, 2022, Plaintiff filed a complaint asserting claims on behalf of Hyzon against Defendants George Gu, Craig Knight, Erik Anderson, Elaine Wong, Dennis

Edwards, Mark Gordon, Ivy Brown, Ki Deok Park, Peter Haskopoulos, Viktor Meng, Jennifer Aaker, Jane Kearns, Pierre Lapeyre, Jr., David Leuschen, Jim McDermott, Jeffery Tepper, Robert Tichio, and Michael Warren (collectively, the "Individual Defendants," and together with Hyzon, the "Defendants;" Defendants together with "Plaintiff" are the "Parties"), who are certain current and former executive officers and directors of Hyzon or DCRB, captioned *Yellets v. Gu, et al.*, Case No. 1:22-cv-00156-LPS (D. Del.) (the "Derivative Action");

WHEREAS, there is substantial overlap between the facts and circumstances alleged in the Derivative Action and a related putative class action captioned *In re Hyzon Motors Inc. Securities Litigation*, Case No. 6:21-cv-06612 (W.D.N.Y.) (the "Securities Action");

WHEREAS, Hyzon, Erik Anderson, Peter Haskopoulos, Craig Knight and Mark Gordon, defendants in the Derivative Action, also are defendants in the Securities Action;

WHEREAS, certain relief requested in the Derivative Action may be affected by the outcome of the Securities Action, and the outcome of the Securities Action may inform the manner in which the Derivative Action proceeds;

WHEREAS, given the circumstances of the Derivative Action, in the interests of judicial efficiency, and to preserve the Parties' and the Court's resources, the Parties agree that it is appropriate to stay the Derivative Action until the Court in the Securities Action rules on an anticipated motion to dismiss the amended complaint in the Securities Action; and

WHEREAS, this stipulation is not a waiver of any of the Parties' rights, remedies, claims, or defenses.

WHEREFORE, the Parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an order as follows:

1. Defendant Hyzon hereby accepts service of the complaint filed in the Derivative

Action.

2.  All proceedings and deadlines in the Derivative Action shall be temporarily stayed until such date that the Court enters an order that grants or denies in part or full defendants' anticipated motion to dismiss in the related Securities Action.

3.  Notwithstanding this stay, the Individual Defendants may accept service and/or Plaintiffs may effect service on them. The undersigned counsel for Hyzon represent that they are in the process of formalizing and documenting acceptance of service on behalf of Individual Defendants.

4.  Defendants shall not be required to move, or otherwise respond, to the complaint in the Derivative Action during the pendency of the stay.

5.  Defendants shall promptly notify Plaintiff of any related derivative actions or threatened derivative actions against Hyzon, including any demands under Section 220 of the Delaware General Corporation Law Section (a "Section 220 Demand"), or litigation demands.

6.  Defendants shall provide Plaintiff with reasonable advance notice of and an opportunity to participate in any planned mediation or formal settlement discussions with plaintiffs in the Securities Action, and/or any related derivative actions or threatened derivative actions.

7.  Subject to agreement on an appropriate confidentiality agreement or protective order, Hyzon shall promptly produce to Plaintiff any documents produced to a stockholder who makes a Section 220 Demand.

8.  Within fourteen days of the expiration of this stay, the Parties shall meet and confer and submit a joint status report to the Court.

9.  This stipulation is without waiver or prejudice to any and all claims, defenses,

arguments, motions, or any requests for other relief that would otherwise be available to the Parties in the Derivative Action, except for objections to insufficient process or insufficient service of process.

    **IT IS SO STIPULATED.**

|  |  |
|---|---|
|  | Respectfully Submitted By: |
| DATED: February 22, 2022 | **RIGRODSKY LAW, P.A.** |
|  | */s/ Seth D. Rigrodsky* _____ |
|  | Seth D. Rigrodsky (#3147) |
|  | Gina M. Serra (#5387) |
|  | Herbert Mondros (#3308) |
|  | 300 Delaware Avenue, Suite 210 |
|  | Wilmington, Delaware 19801 |
|  | (302) 295-5310 |
|  |  |
|  | **MOORE KUEHN, PLLC** |
|  | Justin A. Kuehn |
|  | Fletcher W. Moore |
|  | 30 Wall Street, 8th floor |
|  | New York, New York 10005 |
|  | (212) 709-8245 |
|  | jkuehn@moorekuehn.com |
|  | fmoore@moorekuehn.com |
|  |  |
|  | *Counsel for Plaintiff* |

| | |
|---|---|
| DATED: February 22, 2022 | **RICHARDS, LAYTON & FINGER, P.A.**<br><br>*/s/ Kevin M. Gallagher*<br>Raymond J. DiCamillo (#3188)<br>Kevin M. Gallagher (#5337)<br>Alexander M. Krischik (#6233)<br>Alena V. Smith (#6699)<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>dicamillo@rlf.com<br>gallagher@rlf.com<br>krischik@rlf.com<br>asmith@rlf.com<br><br>**SULLIVAN & CROMWELL LLP**<br><br>Jacob M. Croke<br>125 Broad Street<br>New York, New York 10004<br>(212) 558-4000<br>crokej@sullcrom.com<br><br>Laura Kabler Oswell<br>1870 Embarcadero Road<br>Palo Alto, California 94303<br>(650) 461-5600<br>oswelll@sullcrom.com<br><br>*Counsel for Nominal Defendant*<br>*Hyzon Motors, Inc.* |

**SO ORDERED** this _____ day of _____, 2022

_____
The Honorable Leonard P. Stark